1  GEOFFREY A. HANSEN
   Acting Federal Public Defender
2  VARELL L. FULLER
   Assistant Federal Public Defender
3  160 West Santa Clara Street, Suite 575
   San Jose, CA  95113
4  Telephone:  (408) 291-7753

5  Counsel for Defendant CHEGUE-LUNA

6

7

8                IN THE UNITED STATES DISTRICT COURT

9            FOR THE NORTHERN DISTRICT OF CALIFORNIA

10                     SAN JOSE DIVISION

11  UNITED STATES OF AMERICA,        )   No. CR 12-00298-RMW
                                     )
12                  Plaintiff,       )   STIPULATION AND []
                                     )   ORDER ADVANCING STATUS DATE TO
13  vs.                              )   THURSDAY, MAY 24, 2012, AT 2:00 P.M.
                                     )
14  JULIAN CHEGUE-LUNA,              )
                                     )
15                  Defendant.       )
    _____)

16

17

18                       **STIPULATION**

19        Defendant Julian Chegue-Luna, by and through Assistant Federal Public Defender Varell

20  L. Fuller, and the United States, by and through Special Assistant United States Attorney

21  Meredith Edwards, hereby stipulate and agree, subject to the Court's approval, that the status

22  hearing previously set in this matter for Monday, June 4, 2012, at 9:00 a.m., be advanced and

23  specially set on Thursday, May 24, 2012, at 2:00 p.m.

24        Mr. Chegue-Luna is charged in an information with a violation of 8 U.S.C. § 1326,

25  illegal reentry.   The parties respectfully request that the matter be reset to May 24, 2012, at 2:00

26  p.m. for a possible change of plea and request by the defense for immediate sentencing.

Stipulation and [] Order Advancing
Hearing Date                        1

1    Accordingly, the parties request that the hearing date previously set in this matter be advanced to

2    Thursday, May 24, 2012, at 2:00 p.m., and set for possible disposition.

3

4    Dated:  May 16, 2012

5                                                          _____/s/_____
                                                          VARELL L. FULLER
6                                                         Assistant Federal Public Defender

7    Dated  May 16, 2012                           _____/s/_____
                                                          MEREDITH EDWARDS
8                                                         Special Assistant United States Attorney

9
                                            **[] ORDER**
10
            GOOD CAUSE APPEARING, and by stipulation of the parties, it is hereby ordered that
11
     the status hearing date set for Monday, June 4, 2012, at 9:00 a.m. is reset to Thursday, May 24,
12
     2012, at 2:00 p.m., for a possible change of plea and disposition.
13

14
     Dated: ĺ BH BPG
15                                                        THE HONORABLE RONALD M. WHYTE
                                                          United States District Court Judge
16

17

18

19

20

21

22

23

24

25

26